**Jeffrey E. THOMAS, Respondent,**

v.

**CARPET DESIGN CENTER, and General Casualty Insurance Co., Relators.**

**No. C5–00–1987.**

Supreme Court of Minnesota.

Feb. 14, 2001.

Kurtis A. Greenley, Lindquist & Vennum, P.L.L.P., Minneapolis, for petitioner–respondent.

Jeffrey J. Lindquist, Pustorino, Tilton & Parrington, P.A., Minneapolis, for relator.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 16, 2000, be, and the same is, affirmed without opinion. *See* Minn.R.Civ.App.P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT
James H. Gilbert
Associate Justice

■

**Dennis OIHUS, Respondent,**

v.

**ROADWAY EXPRESS, Self–Insured, Relator,**

**Gallagher Bassett Services, Third–Party Administrator.**

**No. C7–00–1957.**

Supreme Court of Minnesota.

Feb. 15, 2001.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 13, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT
Edward C. Stringer
Associate Justice